IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:08cr41-WC |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(1)(2); 32-5A-330] |
| | ) | |
| J. L. PATTERSON | ) | INFORMATION |

The United States Attorney charges:

## COUNT ONE

On or about the 4th November 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, J. L. PATTERSON did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in his blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

## COUNT TWO

On or about the 4th of November 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, J. L. PATTERSON did have in his possession alcoholic beverages in an open container in the passenger area of a motor vehicle on a public highway of the state of Alabama, in violation of Title 32, Section 5A-330, Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_/s/ Kent Brunson_
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

                *Emily M. R.*
EMILY M. RUISANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 9:12 P.M., on November 04, 2007, a red in color, 1998 Dodge truck approached the Fort Rucker Entrance Inspection Lane at the Enterprise Gate. The vehicle was randomly selected for DUI/Security Checks at the Enterprise Gate. The operator of the vehicle was later identified as J.L. PATTERSON. Upon initial approach to the vehicle, I detected a strong odor of alcoholic beverage emitting from PATTERSON'S person. I also observed empty beer cans on the back of his vehicle. I also observed an open beer bottle which he was trying to hide under his leg on the floor of the vehicle. I requested J.L. PATTERSON to exit his vehicle. PATTERSON was asked to perform three Field Sobriety Tests, but could not due to a medical condition which hindered him from performing the tasks. PATTERSON was apprehended and transported to the Military Police Station. He was advised of the Alabama Implied Consent Law and, he provided a breath sample on the Drager Breathalyzer resulting in a .08% BAC (blood alcohol content). He was later released on DD Form 2708 to a family member.

_____
LARRY C. OCKLETREE, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __15th__ day of __February__ 2008.

_____
NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS