UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00041-WC |
| | ) | |
| J. L. PATTERSON | ) | |

## STATUS REPORT PURSUANT TO ORDER ON ARRAIGNMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to provide a status report as follows:

1. Information was filed on February 20, 2008.

2. Mr. Patterson was arraigned on May 13, 2008.

3. This case is currently scheduled for the trial period beginning July 14, 2008.

Respectfully submitted this the 25th day of June, 2008.

                              Respectfully submitted,

                              LEURA GARRETT CANARY
                              UNITED STATES ATTORNEY

                              /s/ Emily M. Ruisanchez
                              EMILY M. RUISANCHEZ
                              Special Assistant United States Attorney
                              Soldier Service Center, Bldg. 5700
                              Fort Rucker, Alabama 36362
                              Telephone: (334) 255-9141
                              Fax: (334) 255-1869
                              E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00041-WC |
| | ) | |
| J. L. PATTERSON | ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael J. Petersen, Attorney for J. L. Patterson, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: J. L. Patterson.

      Respectfully submitted,

      LEURA GARRETT CANARY
      UNITED STATES ATTORNEY

      /s/ Emily M. Ruisanchez
      EMILY M. RUISANCHEZ
      Special Assistant United States Attorney
      Soldier Service Center, Bldg. 5700
      Fort Rucker, Alabama 36362
      Telephone: (334) 255-9141
      Fax: (334) 255-1869
      E-mail: emily.ruisanchez@us.army.mil