UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00041-WC |
| | ) | |
| J. L. PATTERSON | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to continue the trial of the above styled case scheduled for July 14, 2008, and as grounds would show unto the Court the following:

1. The parties have reached an agreement in this case, and request a continuance to finalize a plea agreement for the Court.

2. Counsel for the defendant does not oppose a continuance.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court continue the trial in the above-styled case.

Respectfully submitted this the 30th day of June, 2008.


LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00041-WC |
| | ) | |
| J. L. PATTERSON | ) | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Petersen, Attorney for Mr. J. L. Patterson, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Mr. J. L. Patterson.

     Respectfully submitted,

     LEURA GARRETT CANARY
     UNITED STATES ATTORNEY

     /s/ Emily M. Ruisanchez
     EMILY M. RUISANCHEZ
     Special Assistant United States Attorney
     Soldier Service Center, Bldg. 5700
     Fort Rucker, Alabama 36362
     Telephone: (334) 255-9141
     Fax: (334) 255-1869
     E-mail: emily.ruisanchez@us.army.mil