IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO: 1:08cr41-WC |
| | ) | |
| J.L. PATTERSON | ) | |

## **ORDER**

The defendant, J.L. PATTERSON, has indicated to the court that she wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, J.L. PATTERSON, appear with counsel before the Magistrate Judge Terry F. Moorer on July 15, 2008 at 10:00 a.m. at Soldier Service Center, Building 5700, Room 342, Ft. Rucker, AL to enter a change of plea.

It is FURTHER ORDERED that the motion to continue trial is denied as moot.

DONE this 7th day of July 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE